Electronically Filed
Intermediate Court of Appeals
CAAP-13-0001719
24-SEP-2015
12:01 PM

NOS. CAAP-13-0001719 and CAAP-13-0002367

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
VARDAN KAGRAMANY, Defendant-Appellant, and
AKOP TADEVOSOVICH CHANGRYAN, Co-Defendant-Appellant,
and ARAIK DAVTYAN, Defendant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NOS. 11-1-1226 and 11-1-0384)

ORDER OF CORRECTION
(By: Leonard, J., for the court)[1]

IT IS HEREBY ORDERED that the Memorandum Opinion filed on August 24, 2015, is hereby corrected as follows: (1) on page 1, at lines 4-5, by replacing "June 7, 2013 Judgment of Conviction and Sentence that was entered against them" with "June 17, 2013 Judgment of Conviction and Sentence entered against Kagramany, as amended by the July 12, 2013 Amended Judgment of Conviction and Sentence, and the July 1, 2013 Judgment of Conviction and Sentence entered against Changryan"; and (2) on page 39, at lines 1-2, by replacing "June 7, 2013 Judgment of Conviction and Sentence is" with "June 17, 2013 Judgment of Conviction and Sentence entered against Kagramany, as amended by the July 12, 2013 Amended Judgment of Conviction and Sentence,

_____

[1]    Foley, Presiding Judge, Leonard and Ginoza, JJ.

and July 1, 2013 Judgment of Conviction and Sentence entered against Changryan are".

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, September 24, 2015.

FOR THE COURT:

Associate Judge